UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**MASTER LOCK COMPANY LLC,**
      **Plaintiff-Counterdefendant,**

    v.                            Case No. 14-C-0383

**INTERNATIONAL UNION, UNITED AUTOMOBILE,
AEROSPACE AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, et al.,**
      **Defendants-Counterclaimants,**
and

**JACQUELINE PETERSON, JACK SKOK, and
LAWRENCE JOZWIAK,**
      **Defendants,**
and

**CLINTON CROSBY, CLYDE EHLERS, and
DORIS MEISSNER,**
      **Counterclaimants.**

---

## ORDER FOLLOWING SCHEDULING CONFERENCE

On July 31, 2014, the court held a scheduling conference in accordance with Fed. R. Civ. P. 16 and Civil L.R. 16(a) (E.D. Wis.).

**IT IS ORDERED** that:

1. If the parties have not already done so, they shall comply with Fed. R. Civ. P. 26(a)(1) concerning initial disclosures.

2. The deadline to join additional parties or amend pleadings is **August 7, 2014**.

3. The deadline to stipulate to class certification or file a motion for class certification is **August 29, 2014**.

4. The parties shall disclose any expert witnesses consistent with Rule 26(a)(2) on or before **September 30, 2014**.

5. a. All requests for discovery shall be served by a date sufficiently early so that all discovery in this case can be completed no later than **November 28, 2014**.

b. Any discovery motions brought pursuant to Rules 26 through 37 of the Federal Rules of Civil Procedure must comply with Civil L.R. 37, by including

> a written certification by the movant that, after the movant in good faith has conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action, the parties are unable to reach an accord. The statement must recite the date and time of the conference or conferences and the names of all parties participating in the conference or conferences.

c. All discovery motions and non-dispositive pretrial motions **must** be filed pursuant to Civil L.R. 7(h), unless the court otherwise permits. The motion **must not exceed three pages in length**. **No separate memorandum** may be filed with the motion, and any supporting affidavit allowed by Civil L.R. 7(h) **must not exceed two pages**. An opposing memorandum, which **must not exceed three pages in length**, may be filed within seven days of service of the motion. The court will notify the parties of the date and time for a hearing on the motion, if the court deems it necessary.

6. a. Any dispositive motions must be served and filed on or before **January 15, 2015**.

b. All summary judgment motions and briefing thereon must comply with Civil L.R. 7 and 56(b). Any summary judgment motion filed against a pro se litigant must comply with Civil L.R. 56(a).

7. The court expects counsel to confer and make a good faith effort to settle the case.

The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court.

**SO ORDERED** at Milwaukee, Wisconsin, this 31st day of July, 2014.

_____ s/ Lynn Adelman_____
LYNN ADELMAN
District Judge