IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| MASTER LOCK COMPANY LLC,<br><br>    Plaintiff-Counterdefendant,<br><br>v.<br><br>INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA LOCAL 469,<br><br>    Defendants-Counterclaimants,<br><br>and<br><br>JACQUELINE PETERSON, JACK SKOK, and LAWRENCE JOZWIAK,<br><br>    Defendants,<br><br>and<br><br>CLINTON CROSBY, CLYDE EHLERS, and DORIS MEISSNER,<br><br>    Counterclaimants. | Case 2:14-cv-00383-LA |

## ORDER MODIFYING SCHEDULING ORDER

Based on the stipulation by the parties,

**THE COURT HEREBY FINDS** that:

The consideration by the Supreme Court of the United States of *M&G Polymers USA, LLC v. Tackett*, 134 S. Ct. 2136 (2014), which is expected to impact the parties' dispositive

motions in this case, constitutes good cause to modify the scheduling order entered on July 31, 2014 (R. 32). *See* Fed. R. Civ. P. 16(b)(4).

Based on these findings, **IT IS ORDERED** that:

The dispositive-motion deadline in this case be modified from January 15, 2015, to the later of January 15, 2015, or thirty days following the Supreme Court's resolution of *Tackett*." All other deadlines will remain as currently scheduled.

Dated at Milwaukee, Wisconsin, this 8th day of October, 2014.

                                                  s/ Lynn Adelman

                                                  LYNN ADELMAN
                                                  District Judge