IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| MASTER LOCK COMPANY LLC, | |
| Plaintiff-Counterdefendant, | |
| v. | Case 2:14-cv-00383-LA |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA LOCAL 469, | |
| Defendants-Counterclaimants, | |
| and | |
| JACQUELINE PETERSON, JACK SKOK, and LAWRENCE JOZWIAK, | |
| Defendants, | |
| and | |
| CLINTON CROSBY, CLYDE EHLERS, and DORIS MEISSNER, | |
| Counterclaimants. | |

**JOINT MOTION FOR APPROVAL OF
CLASS ACTION SETTLEMENT AGREEMENT**

The parties to this case have agreed on terms and conditions under which they believe

this class action should be settled. Those terms and conditions are expressed in the attached

Amended and Restated Settlement Agreement, Release, and Covenant Not To Sue. As explained

in the concurrently filed memorandum in support, the agreement and the settlement it would

effect are fair, reasonable, and adequate. *See* Fed. R. Civ. P. 23(e). Accordingly, the parties urge the Court to approve the agreement and settlement on a preliminary basis; approve the parties' proposed notices to the classes and order that such notices be issued; schedule a fairness hearing; and, upon completion of the hearing, approve the agreement and settlement.

Dated: March 13, 2015

Respectfully submitted,

s/ Richard Saks
Richard Saks (Wis. Bar No. 1022048)
Jeffrey P. Sweetland (Wis. Bar No. 1001737)
Hawks Quindel, S.C.
Post Office Box 442
Milwaukee, Wisconsin 53201-0442
414.271.8650
414.271.8442 facsimile
rsaks@hq-law.com
jsweetland@hq-law.com

Niraj R. Ganatra
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214
313.926.5216
313.926.5240 facsimile
nganatra@uaw.net

*Attorneys for the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America; the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Local 469; Jacqueline Peterson; Jack Skok; Lawrence Jozwiak; Clinton Crosby; Clyde Ehlers; and Doris Meissner*

s/ Joshua David Rogaczewski
Bobby R. Burchfield
Joshua David Rogaczewski
McDermott Will & Emery LLP
500 North Capitol Street, Northwest
Washington, D.C. 20001
202.756.8000
202.756.8087 facsimile
bburchfield@mwe.com
jrogaczewski@mwe.com

Judith A. Williams-Killackey
(Wis. Bar No. 1029928)
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2350
Milwaukee, Wisconsin 53202-4426
414.277.5439
414.978.8702 facsimile
judi.williams@quarles.com

*Attorneys for Master Lock Company LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2015, I electronically filed the foregoing **Joint Motion for Approval of Class Action Settlement Agreement** using the ECF system, which will send notification of such filing by operation of the Court's electronic filing system to all counsel of record except

        Niraj R. Ganatra
        International Union, UAW
        8000 East Jefferson Ave.
        Detroit, Michigan 48214,

to whom a copy of the filing was sent by first-class mail.

                        s/ Joshua David Rogaczewski
                        Joshua David Rogaczewski
                        McDermott Will & Emery LLP
                        500 North Capitol Street, Northwest
                        Washington, D.C. 20001
                        202.756.8195
                        202.591.2757 facsimile
                        jrogaczewski@mwe.com

                        *Attorney for Master Lock Company LLC*